IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3045 |
| vs. | |
| ZACHARY NORTHEY, | **ORDER** |
| Defendant. | |

Based on the representations of counsel for the parties, trial preparation for this case will require the parties to review of a large number of complex medical documents. After explaining the circumstances, the defendant agrees that this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) **Discovery.** Within fourteen (14) days of this date, counsel shall confer and accomplish discovery in accordance with NECrimR16.1 and Fed.R.Crim.P.16. The United States Attorney shall disclose Brady v. Maryland (and it's progeny) material as soon as practicable.

2) A trial date will not be set at this time. Instead, a telephonic status conference will be held at 9:00 a.m. on May 7, 2019 before the undersigned magistrate judge to discuss case progression and a potential trial setting. The court will provide call-in information for counsel's participation in the conference call.

3) The Court further finds that the time between today's date and May 7, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because this case has been found complex, and will be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

March 26, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge