IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3045 |
| vs. | ORDER |
| ZACHARY NORTHEY, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's oral motion to continue the status conference is granted.

2) A status conference will be held before the undersigned magistrate judge at 8:45 a.m. on August 22, 2019 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 27), to participate in the call to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present on the call.

3) The Court finds that the time between today's date and August 22, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

August 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge