IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY NORTHEY,<br><br>Defendant. | **4:19CR3045**<br><br><br>**ORDER** |

This case was designated as unusual and complex and it remains so. Defendant asks the court for additional time to complete his case investigation before placing this case on the trial calendar. The government does not object. The court finds that in the interests of justice will be served by further continuing the setting of a trial date. Accordingly,

IT IS ORDERED:

1)      The status conference previously scheduled for July 8, 2020 is continued, and it will be held before the undersigned magistrate judge at **1:00 p.m. on September 9, 2020** by telephone. All participants shall use the conferencing information provided by the court to participate in the call. Counsel for the parties shall be present at the conference.

2)      The Court further finds that the time between today's date and September 9, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and is exempted from the time restrictions of that Act. See, 18 U.S.C. 3161(h)(7)(B)(ii).

Dated this 1st day of July, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge