IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3045 |
| vs. | |
| ZACHARY NORTHEY, | ORDER |
| Defendant. | |

Defendant was scheduled for a change of plea hearing to be held on March 23, 2022. The court is advised that Defendant wishes to investigate additional issues before deciding whether to enter a plea of guilty or go to trial. The court will therefore set a status conference rather than continuing the plea hearing at this time.

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 74), is granted.

2) Neither a change of plea hearing nor a trial date will be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 1:00 p.m. on June 15, 2022 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss a potential plea or trial setting. Counsel for the parties shall be present at the conference.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and June 15, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might

result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 24, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge